**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 95-50640

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN GARZA-AMBRIZ,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Texas

(P-94-CR-47)

July 11, 1997

Before POLITZ, Chief Judge, HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM:[*]

Juan Garza-Ambriz appeals his conviction after a bench trial of conspiracy

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

to possess with intent to distribute marihuana and carrying a firearm during a drug trafficking offense. Having considered the briefs, oral arguments of counsel, and pertinent parts of the record, and finding no reversible error, the judgment appealed is AFFIRMED.